Duron COCKRELL, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102297

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 6, 2015

Andrew Zleit, Public Defenders Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Karen L. Kramer, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### *ORDER*

PER CURIAM

Duron Cockrell (Movant) appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Movant claims trial counsel was ineffective for adducing and failing to object to evidence about Movant's prior bad acts. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).